1 | Joseph R. Saveri (State Bar No. 130064)
jsaveri@lchb.com
2 | Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
3 | Brendan P. Glackin (State Bar No. 199643)
bglackin@lchb.com
4 | Andrew S. Kingsdale (State Bar No. 255669)
akingsdale@lchb.com
5 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
6 | San Francisco, CA 94111-3339
Telephone: (415) 956-1000
7 | Facsimile: (415) 956-1008

8 | Kenneth C. Mennemeier (State Bar No. 113973)
kcm@mgslaw.com
9 | MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
10 | Sacramento, CA 95814
Telephone: (916) 553-4000
11 | Facsimile: (916) 553-4011

12 | Counsel for Plaintiff Diversified Foods and Seasonings, Inc.,
Individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| DIVERSIFIED FOODS AND SEASONINGS, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SK FOODS L.P., INTRAMARK USA, INC., and RANDALL LEE RAHAL,<br><br>Defendants.<br><br>--[*caption continues next page*]— | Case No. 2:08-cv-03074-MCE-EFB<br><br>**ORDER GRANTING PLAINTIFF DIVERSIFIED FOODS AND SEASONINGS, INC.'S MOTION FOR LEAVE TO FILE A SURREPLY IN SUPPORT OF ITS MOTION FOR APPOINTMENT OF LIAISON AND CO-LEAD INTERIM COUNSEL**<br><br>Judge: The Hon. Morrison C. England, Jr.<br>Date: March 5, 2009<br>Time: 2:00 p.m.<br>Courtroom: Courtroom 7, 14th Floor |

803250.1

[PROPOSED] ORDER GRANTING PLTF'S MOTION FOR LEAVE TO
FILE A SURREPLY ISO MOTION FOR APPOINTMENT OF LIAISON
AND CO-LEAD INTERIM COUNSEL
CASE NO. 2:08-CV-03074-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | FOUR IN ONE COMPANY, INC., on behalf of itself and all others similarly situated, | Case No. 2:08-cv-03017-MCE-EFB |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | SK FOODS L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, RANDALL RAHAL, INTRAMARK USA, INCORPORATED, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | | |
| 9 | BRUCE FOODS CORPORATION, on behalf of itself and all others similarly situated, | Case No. 2:09-cv-00027-MCE-EFB |
| 10 | | |
| 11 | Plaintiff, v. | |
| 12 | SK FOODS LP; INGOMAR PACKING COMPANY, LLC, LOS GATOS TOMATO PRODUCTS, INTRAMARK USA, INC. and RANDALL LEE RAHALL, | |
| 13 | | |
| 14 | | |
| 15 | Defendants. | |
| 16 | | |
| 17 | CLIFFSTAR CORPORATION, on behalf of itself and all others similarly situated, | Case No. 2:09-cv-00442- MCE-EFB |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | SK FOODS LP; INGOMAR PACKING COMPANY, LLC, LOS GATOS TOMATO PRODUCTS, INTRAMARK USA, INC. and RANDALL LEE RAHALL, | |
| 21 | | |
| 22 | | |
| 23 | Defendants. | |

Having considered Plaintiff Diversified Foods and Seasonings, Inc.'s Motion for Leave to File a Surreply In Support of Motion for Appointment of Liaison and Co-Lead Interim Counsel, and good cause appearing, the Court holds that the Motion is **GRANTED**.

803250.1 — - 1 - — [PROPOSED] ORDER GRANTING PLTF'S MOTION FOR LEAVE TO FILE A SURREPLY ISO MOTION FOR APPOINTMENT OF LIAISON AND CO-LEAD INTERIM COUNSEL
CASE NO. 2:08-CV-03074-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1  Within one day of this Order, Diversified Foods shall electronically file and serve
2  the surreply brief and supporting papers attached to the Motion for Leave.
3  **IT IS SO ORDERED**.
4  Dated: March 18, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com