UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FOUR IN ONE COMPANY, INC., et al.,

        Plaintiffs,

   v.

SK FOODS, L.P., et al.,

        Defendants.

No. 2:08-cv-03017-MCE-EFB

<u>Related to:</u>
No. 2:09-cv-00027-MCE-EFB
No. 2:08-cv-03074-MCE-EFB
No. 2:09-cv-00442-MCE-EFB
No. 2:09-cv-00148-MCE-EFB

----oo0oo----

Pursuant to the stipulation between the parties filed April 28, 2009, it is ordered that the Government's Motion to Intervene (Docket No. 93) is GRANTED. The United States of America, through the Antitrust Division of the U.S. Department of Justice and the U.S. Attorney's Office for the Eastern District of California, is permitted to intervene in this civil action for the purpose of seeking to limit discovery temporarily in this case.

1

The parties and the Clerk of the Court are instructed to add the Antitrust Division of the U.S. Department of Justice and the U.S. Attorney's Office for the Eastern District of California to the service list in this case.

IT IS SO ORDERED.

Dated: May 7, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE