Michael P. Lehmann
Arthur N. Bailey, Jr.
**HAUSFELD LLP**
600 Montgomer Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-49800
mlehmann@hausfeldllp.com
abailey@hausfeldllp.com

*Class Counsel*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CLIFFSTAR CORPORATION, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, SCOTT SALYER, STUART WOOLF and GREG PRUETT,<br><br>Defendants. | Case No. 09-cv-00442 KJM EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANTS INGOMAR PACKING COMPANY, GREGORY PRUETT, LOS GATOS TOMATO PRODUCTS AND STUART WOOLF**<br><br>Place:   Courtroom 3<br>Judge:   Hon. Kimberly J. Mueller |

WHEREAS, on March 12, 2009, an Order was entered consolidating the class action cases *Four in One Company v. SF Foods, LP, et al.* (Case No. 2:08-cv-03017-KJM-EFB), *Diversified Foods and Seasoning, Inc. v. SK Foods, et al.* (Case No. 2:08-cv-03074 KJM-EFB), *Bruce Foods Corporation v. SK Foods, LP, et al.* (Case No. 2:09-cv-00027-KJM-EFB), and *Cliffstar Corporation v. SK Foods, LP, et al.* (Case No. 2:09-cv-00442-KJM-EFB) for pretrial purposes ("the Consolidated Cases"); and

| | |
|---|---|
| 1 | WHEREAS on March 20, 2009 Hausfeld LLP and Quinn Emmanuel were appointed as Interim Co-Lead Counsel ("Class Counsel") for the Consolidated Cases and a Consolidated Class Action Complaint was filed on November 9, 2009; and |

WHEREAS on March 20, 2009 Hausfeld LLP and Quinn Emmanuel were appointed as Interim Co-Lead Counsel ("Class Counsel") for the Consolidated Cases and a Consolidated Class Action Complaint was filed on November 9, 2009; and

WHEREAS, on August 18, 2014, the Court issued an Amended Order Granting Plaintiffs' Motion for Final Approval of Class Settlement between Class Counsel and Defendants Ingomar Packing Company, Gregory Pruett, Los Gatos Tomato Products, and Stuart Woolf ("the Settled Defendants") in the lead case *Four in One Company v. SF Foods, LP, et al.* (Case No. 2:08-cv-03017-KJM-EFB) resolving all claims in the Consolidated Class Action Complaint as to the Settled Defendants; and

WHEREAS, all funds from the Class settlements with the Settled Defendants have been paid and distributed to the Class, and the only funds left to be distributed to the Class are those pursuant to the Bankruptcy Plan in the Chapter 11 bankruptcy action filed by Defendant SK Foods, L.P. in the United States Bankruptcy Court for the Eastern District of California (Case No. 09-29162-D-11); and

WHEREAS, on August 7, 2017, the Court issued a Final Judgment Order in lead case *Four in One Company v. SF Foods, LP, et al.* (Case No. 2:08-cv-03017-KJM-EFB) dismissing on the merits and with prejudice the Consolidated Class Action Complaint against the Settled Defendants;

NOW THEREFORE, the parties hereby stipulate, subject to this Court's approval, that the Settled Defendants be dismissed with prejudice from this action. The action remains active and pending as to Defendants SK Foods, L.P. and Scott Salyer.

DATED: April 10, 2019         By: _/s/ Arthur N. Bailey, Jr._
                                  Michael P. Lehmann
                                  Arthur N. Bailey, Jr.
                                  HAUSFELD LLP
                                  600 Montgomer Street, Suite 3200
                                  San Francisco, CA  94111
                                  Telephone:  (415) 633-1908
                                  Facsimile:  (415) 358-49800
                                  mlehmann@hausfeldllp.com
                                  abailey@hausfeldllp.com

| | | |
|---|---|---|
| 1 | DATED: April 10, 2019 | By: /s/ Steig Olson (as authorized on 4/9/2019) |
| 2 | | Stephen R. Neuwirth |
| | | Steig Olson |
| 3 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 4 | | 51 Madison Avenue, 22nd Floor |
| | | New York, New York 10010 |
| 5 | | Telephone: (212) 849-7000 |
| | | Facsimile: (212) 849-7100 |
| 6 | | stephenneuwirth@quinnemanuel.com |
| | | steigolson@quinnemanuel.com |
| 7 | | *Class Counsel* |

DATED: April 10, 2019      By: /s/ Sujal Shah (as authorized on 4/9/2019)
Sujal Shah
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
Sujal.shah@morganlewis.com

*Attorneys for Defendant Ingomar Packing Company*

DATED: April 10, 2019      By: /s/ George A. Nicoud III (as authorized on 4/9/2019)
George A. Nicoud III
GIBSON DUNN & CRUTCHER, LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
tnicoud@gibsondunn.com

*Attorneys for Defendant Los Gatos Tomato Products*

DATED: April 10, 2019      By: /s/ Miles Ehrlich (as authorized on 4/9/2019)
Miles Ehrlich
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060
miles@ramsey-ehrlich.coom

*Attorneys for Defendant Greg Pruett*

| | | |
|---|---|---|
| 1 | DATED: April 10, 2019 | By: */s/ William Farmer* (as authorized on 4/9/2019) |
| 2 | | William Farmer |
| | | FARMER BROWNSTEIN JAEGER & GOLDSTEIN LLP |
| 3 | | 235 Montgomery Street, Suite 835 |
| 4 | | San Francisco, CA 94104 |
| | | Telephone: (415) 962-2877 |
| 5 | | Facsimile: (415) 520-5678 |
| | | wfarmer@fbj-law.com |
| 6 | | *Attorneys for Defendant Stuart Woolf* |

# ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED:

The Court hereby dismisses with prejudice Defendants Ingomar Packing Company, Gregory Pruett, Los Gatos Tomato Products and Stuart Woolf.

IT IS SO ORDERED.

DATED: April 16, 2019.

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Claudia Wu, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am an employee at the law firm of HAUSFELD LLP, and my office is located at 600 Montgomery Street, Suite 3200, San Francisco, California 94111.

On April 16, 2019, I caused to be served a true and correct copy of the following:

**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANTS INGOMAR PACKING COMPANY, GREGORY PRUETT, LOS GATOS TOMATO PRODUCTS AND STUART WOOLF**

via overnight delivery on the interested parties in this action addressed as follows:

Sujal Shah
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Attorneys for Defendant Ingomar Packing Company*

George A. Nicoud III
GIBSON DUNN & CRUTCHER, LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant Los Gatos Tomato Products*

Gregory C. Nuti
Kevin W. Coleman
NUTI HART LLP
411 30th Street, Suite 408
Oakland, CA 94609
Telephone: (510) 506-7152

*Attorneys for SK Foods, LP*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 16, 2019 at San Francisco, California.

_____
Claudia Wu

**STIPULATION AND ORDER** - 6 - CASE NO. 09-CV-00442