# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CLIFFSTAR CORPORATION, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, SCOTT SALYER, STUART WOOLF and GREG PRUETT,<br><br>Defendants. | Case No. 09-cv-00442 KJM EFB<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:    September 24, 2020<br>Time:    2:30 p.m.<br>Place:   Courtroom 3<br>Judge:   Hon. Kimberly J. Mueller |

WHEREAS, on September 16, 2014, the United States Bankruptcy Court for the Eastern District of California entered an order confirming the "Second Amended Joint Plan of Liquidation of SK Foods, L.P. and its Substantively Consolidated Affiliates (July 16, 2014)" [Dkt. No. 4980] (the "SK Foods Bankruptcy Plan") in the Chapter 11 bankruptcy action filed by Defendant SK Foods, L.P. (Case No. 09-29162-D-11); and

WHEREAS, Class counsel has informed Defendant Scott Salyer of the following facts relating to SK Foods bankruptcy proceedings; and

WHEREAS, all funds from the Class settlements with Ingomar Packing Company, Los Gatos Tomato Products, Stuart Woolf and Greg Pruett have been paid and distributed to the Class

and Final Judgment has been entered as to these Defendants in the consolidated cases *Four in One Company v. SF Foods, LP, et al.* (Case No. 2:08-cv-03017-KJM-EFB), *Diversified Foods and Seasoning, Inc. v. SK Foods, et al.* (Case No. 2:08-cv-03074 KJM-EFB), *Bruce Foods Corporation v. SK Foods, LP, et al.* (Case No. 2:09-cv-00027-KJM-EFB), and *Cliffstar Corporation v. SK Foods, LP, et al.* (Case No. 2:09-cv-00442-KJM-EFB) (the "Consolidated Cases"); and

WHEREAS a portion of the funds previously recovered through the SK Foods bankruptcy action have been paid and distributed to the Class in the Consolidated Cases, and the only remaining distributions to the Class are additional funds recovered pursuant to the SK Foods Bankruptcy Plan in the bankruptcy action; and

WHEREAS, on January 13, 2020, the Chapter 11 Trustee mailed a check to the escrow agent of Class Counsel for $306,954.36, an amount representing the second distribution to the Class of the Allowed General Unsecured Claim Amount of $10.6 million based on a distribution rate of 2.895796%, which was deposited into the escrow account for this case held by Class Counsel (the "Escrow Account Funds"), and has informed Class Counsel the Chapter 11 Trustee has made final distributions of bankruptcy funds to unsecured creditors and the Class; and

WHEREAS, the Chapter 11 Trustee is performing outreach regarding uncashed checks after which time the Trustee will file a motion to address any unclaimed funds or redistributions, if needed, and close the case. The Chapter 11 Trustee informs Class Counsel that there could be one final distribution not expected to be material which would consist of a redistribution of the funds from the uncashed checks and any funds left over in the administrative reserve after closing the case; and

WHEREAS, pursuant to the SK Foods Bankruptcy Plan, Class Counsel is in the process of making a pro rata distribution of the Escrow Account Funds to Class members in accordance with the plan of allocation approved by this Court, subject to the fees awarded to Class Counsel by the bankruptcy court, and that approximately 87% of the total check value issued has been cashed with 14 checks which remain uncashed; and

1      WHEREAS, the claims administrator has determined additional outreach to the available contacts for the uncashed checks would not be fruitful at this time, due to the continued unavailability of some employees as a result of Covid-19, and that additional outreach can be resumed in late September and early October; and

      WHEREAS, the Court has a Status Conference scheduled for September 24, 2020;

      NOW THEREFORE, the parties hereby stipulate, subject to this Court's approval, that the September 24, 2020 status conference be continued until December 10, 2020, or any other date convenient for the Court, to address status of the final distributions to the Class and the closing of this action.

DATED:  September 17, 2020          By:  */s/ Arthur N. Bailey, Jr.*
                                    Michael P. Lehmann
                                    Arthur N. Bailey, Jr.
                                    HAUSFELD LLP
                                    600 Montgomery Street, Suite 3200
                                    San Francisco, CA  94111
                                    Telephone:  (415) 633-1908
                                    Facsimile:  (415) 358-4980
                                    mlehmann@hausfeldllp.com
                                    abailey@hausfeldllp.com

DATED:  September 17, 2020          By:  */s/ Steig Olson* (as authorized on 9/17/20)
                                    Stephen R. Neuwirth
                                    Steig Olson
                                    QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                    51 Madison Avenue, 22nd Floor
                                    New York, New York  10010
                                    Telephone:  (212) 849-7000
                                    Facsimile:  (212) 849-7100
                                    stephenneuwirth@quinnemanuel.com
                                    steigolson@quinnemanuel.com

                                    *Class Counsel*

DATED:  September 17, 2020          By:  */s/ Scott Salyer* (as authorized on 9/16/20)

**STIPULATION AND ORDER**            - 3 -                    CASE NO. 09-CV-00442

|   |   |   |
|---|---|---|
| 1 |  | Scott Salyer |
| 2 |  | 40501 Road 222, #108 |
|   |  | Bass Lake, CA 93604 |
| 3 |  | *Defendant Scott Salyer, Pro Se* |

DATED: September 17, 2020       By: __*/s/ Gregory C. Nuti* (as authorized on 9/16/20)__
Gregory C. Nuti
Kevin W. Coleman
NUTI HART LLP
411 30th Street, Suite 408
Oakland, CA 94609
Telephone:  (510) 506-7152
gnuti@nutihart.com
kcoleman@nutihart.com

*Attorneys for Bradley D. Sharp, Chapter 11 Trustee for SK Foods, LP*

**STIPULATION AND ORDER**                     - 4 -                     CASE NO. 09-CV-00442

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED:

The September 24, 2020 status conference shall be continued until December 10, 2020 to address the of the distributions to the Class and the closing of this action.

IT IS SO ORDERED.

DATED:  September 30, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE